# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DR. SUSAN KEGERISE, | : | No. 877 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| KATHY L. DELGRANDE, JOHN F. | : | |
| DIETRICH, CLIFTON D. EDWARDS, | : | |
| CAROL L. KARL, JESSE RAWLS, SR., | : | |
| DR. PETER J. SAKOL, HELEN D. | : | |
| SPENCE, AND MARK Y. SUSSMAN, IN | : | |
| THEIR OFFICIAL CAPACITY, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of May, 2017, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by Petitioner, are:

a. Whether the Commonwealth Court majority's holding that a claim of constructive discharge does not require actual resignation conflicts with the United State Supreme Court's holdings in *Green v. Brennan*, 136 S.Ct. 1769 (2016) and *Pennsylvania State Police v. Suders*, 124 S.Ct. 2342 (2004)[?]

b. Whether the Commonwealth Court majority's holding that a claim of constructive discharge does not require actual resignation conflicts with this Court's decision in *Pennsylvania Labor Relations Bd. v. Sand's Ret. Corp.*, 240 A.2d 801 (Pa. 1968) or the Superior Court's decisions in *Kroen v. Bedway Sec. Agency, Inc.*, 633 A.2d 628 (Pa. Super 1993) and its progeny[?]

c.      Whether the Commonwealth Court majority erred as a matter of law and so abused its discretion as to call for this Court's review in concluding that Kegerise had a clear right to relief in mandamus pursuant to Section 1080 of the Public School Code, even though Section 1080 is silent as to the District's obligations in the face of a superintendent's resignation[?]